No. 84–891.   YARRINGTON v. UNITED STATES DEPARTMENT OF JUSTICE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–947.   WILLIAMS v. DEPARTMENT OF THE ARMY.   C. A. 6th Cir.   Certiorari denied.

No. 84–5019.   COUSER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5025.   TEAGUE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5174.   AGUIRRE v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 84–5197.   CRUTCHFIELD v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 84–5201.   HART v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–5220.   SOURES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–5237.   ZIGMONT v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5274.   MEADOWS v. UNITED STATES; and
No. 84–5463.   MEADOWS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.   Reported below: 738 F. 2d 439.

No. 84–5276.   EDLER v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–5291.   CARTER v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–5348.   ANTONELLI v. SAMUELS ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 84–5364.   BUTLER v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5371.   ARROYO-ZAVALA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.